Willie Lee WILSON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 8, 1957.

J. Wood Vance, Jr., Glasgow, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Hart Circuit Court, Honorable William Gentry, Judge.

William Lee Wilson was convicted of cutting and wounding in sudden heat and passion and was sentenced to six months in jail and fined $250. Examination of the record discloses no prejudicial error.

The motion for appeal is overruled and the judgment is affirmed.